JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FELICIA THOMAS,<br><br>          Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES 1-20 and ROE BUSINESS ENTITIES<br>1-20, inclusive,<br><br>          Defendants. | Case No. 2:21-cv-00920-JAD-NJK<br><br>**STIPULATION TO EXTEND**<br>**DATE FOR FILING THE JOINT PRE**<br>**TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

WHEREAS, the parties need additional time to complete the Joint Pre-Trial Order.  Both parties have requested Plaintiff's disability records from the Social Security Administration; however, it has been several months since the records were requested and, despite the parties' best efforts to follow up with the requests, the Social Security Administration has to date not responded. The records are of critical importance to the Negligence elements of causation  and damages. In addition, Defendant is still waiting for Plaintiff's medical records from various providers in Battle Creek, Michigan as well as records from the Mike O'Callaghan Military Medical Center in Nevada. These records are needed by both parties in order to get the case ready for a Settlement Conference, Private Mediation and trial.

IT IS HEREBY STIPULATED by and between Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel GREGORY A. KRAEMER, ESQ., of  the law firm COOPER LEVENSON, P.A., and

CLAC 6837269.1

Plaintiff FELECIA THOMAS, by and through her counsel, CHARLES S. JACKSON, ESQ. of the law firm HICKS & BRASIER, PLLC., that the date for filing the Joint Pre Trial Order be extended from March 9, 2022 until April 8, 2022.

Respectfully submitted this 9th day of March, 2022.

| HICKS & BRASIER, PLLC | COOPER LEVENSON, P.A |
|---|---|
| /s/ Charles S. Jackson<br>CHARLES S. JACKSON, ESQ.<br>Nevada Bar No. 013158<br>2630 South Jones Boulevard<br>Las Vegas, NV 89146<br>(702) 628-9888<br>Attorneys for Plaintiff<br>FELICIA THOMAS | /s/Gregory A. Kraemer<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>GREGORY A. KRAEMER, ESQ.<br>Nevada Bar No. 010911<br>3016 W. Charleston Blvd.-Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 10, 2022

2

CLAC 6837269.1