# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FELICIA THOMAS,

    Plaintiff(s),

v.

SMITH'S FOOD & DRUG CENTERS, INC.,

    Defendant(s).

Case No. 2:21-cv-00920-JAD-NJK

**Order**

[Docket No. 20]

    Pending before the Court is a stipulation to continue the settlement conference, Docket No. 20, which is GRANTED. The settlement conference is CONTINUED to 1:00 p.m. on August 17, 2022. Settlement statements are due by 3:00 p.m. on August 10, 2022.

    IT IS SO ORDERED.

    Dated: June 6, 2022

                                                  Nancy J. Koppe
                                                United States Magistrate Judge