JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FELICIA THOMAS,<br><br>                    Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES 1-20 and ROE BUSINESS ENTITIES<br>1-20, inclusive,<br><br>                    Defendants. | Case No. 2:21-cv-00920-JAD-NJK<br><br>**ORDER TO CONTINUE TRIAL<br>AND RELATED DATE**<br><br>**(FIRST REQUEST)**<br><br>**ECF No. 23** |

Pursuant to Local Rules IA 6-1 and 26-3, the Parties, by and through their respective counsel of record, stipulate and agree that the current trial date of September 13, 2022 and all trial related deadlines be vacated and continued to November 14, 2022, or a date thereafter convenient for the Court.

This Stipulation is entered into for the following reasons:

1.      A Settlement Conference is currently scheduled for August 17, 2022. However, before that deadline, Motions in Limine are due August 12, 2022. Both Plaintiff and Defendant will be filing multiple Motions in Limine. The parties believe that a more efficient use of time would be to focus their collective efforts on preparing  for the Settlement Conference. Although nothing is certain, the parties are cautiously optimistic that the case could be resolved at the Settlement Conference.

IT IS HEREBY STIPULATED by and between Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its counsel GREGORY A. KRAEMER, ESQ., of  the law firm

CLAC 7073555.1

COOPER LEVENSON, P.A., and Plaintiff FELECIA THOMAS, by and through her counsel, CHARLES S. JACKSON, ESQ. of the law firm HICKS & BRASIER, PLLC, that the trial of this matter be continued to November 14, 2022, or a date thereafter convenient for the Court.

Respectfully submitted this 5th day of August, 2022.

| HICKS & BRASIER, PLLC | COOPER LEVENSON, P.A |
|---|---|
| /s/ Charles S. Jackson<br>CHARLES S. JACKSON, ESQ.<br>Nevada Bar No. 013158<br>2630 South Jones Boulevard<br>Las Vegas, NV 89146<br>(702) 628-9888<br>Attorneys for Plaintiff<br>FELICIA THOMAS | /s/ Gregory A. Kraemer<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>GREGORY A. KRAEMER, ESQ.<br>Nevada Bar No. 010911<br>3016 W. Charleston Blvd.-Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

## **ORDER**

IT IS THEREFORE ORDERED the jury trial date in the above-entitled matter currently scheduled for September 13, 2022 is vacated and continued to November 15, 2022 at 9:00 a.m. The calendar call currently scheduled for September 6, 2022 is vacated and continued to November 7, 2022 at 1:30 p.m.

IT IS FURTHER ORDERED that the parties are excused from the Master Trial Scheduling Conference.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
Dated: August 9, 2022

CLAC 7073555.1

2